In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00514-CV

_____

IN RE DARLENE ANN LAFLEUR HOFFPAUIR

_____

Original Proceeding

_____

## MEMORANDUM OPINION

Darlene Ann LaFleur Hoffpauir filed a petition for a writ of mandamus seeking the "censure and removal" of the judge presiding in the County Court at Law of Orange County and "the reversal of every ruling and or action she has taken against [Relator and her spouse.]" The mandamus record includes a copy of a court reporter's transcription of a hearing conducted on September 24, 2014. *See* Tex. R. App. P. 52.7(a)(2). At the conclusion of an evidentiary hearing the trial court made an oral ruling appointing a temporary guardian of Hoffpauir's estate. Relator has not shown that the trial court took any other action in the case. After reviewing the mandamus petition and appendix, we conclude that Relator has not

1

shown that she is entitled to the relief sought. *See* Tex. R. App. P. 52.8(a).

Accordingly, we deny the petition for writ of mandamus.

PETITION DENIED.


PER CURIAM


Submitted on December 17, 2014
Opinion Delivered December 18, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.